UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ALFRED P. VENDITTI | No. 3:03-cr-00085 (SRU) |

## ORDER ON MOTION TO RELEASE JUDGMENT LIEN

Alfred Venditti ("Venditti") has filed a Motion to Release Judgment Lien, in which he requests that I release a statutory lien imposed on him by my restitution order. Doc. No. 30. Venditti argues that the lien is "no longer enforceable" because it is more than 20 years old, and he submits that he has "learned a valuable lesson from this situation and would like an opportunity to move forward with [his] life." Doc. No. 30 at 1. The government opposes Venditti's motion, arguing that the restitution obligation has not expired and the government "is actively engaged in collection efforts as to Venditti's restitution debt." Doc. No. 31 at 2 (cleaned up).

Judgment in this case was entered on June 20, 2003. Doc. No. 11. The Court sentenced Venditti to, *inter alia*, 5 years of probation, where the first year of probation was "Intermittent Custody" and the following six months consisted of home confinement. *Id*. He was also ordered to pay restitution in the amount of $1,460,799.00. *Id.* On September 2, 2004, Venditti's restitution obligation was amended to reduce his restitution debt to $847,787.00. Doc. No. 19.

Title 18 Section 3613, subsection (c), provides, in part:

> [A]n order of restitution made pursuant to sections 2248, 2259, 2264, 2327, 3663, 3663A, or 3664 of this title, is a lien in favor of the United States on all property and rights to property of the person fined as if the liability of the person fined were a liability for a tax assessed under the Internal Revenue Code of 1986. The lien arises on the entry of judgment

>and continues for 20 years or until the liability is satisfied, remitted, set aside, or is terminated under subsection (b).

18 U.S.C. § 3613(c). Regarding the liability period, subsection (b) provides, in relevant part:

>The liability to pay restitution shall terminate on the date that is the **later of** 20 years from the entry of judgment **or 20 years after the release from imprisonment** of the person ordered to pay restitution.

18 U.S.C. § 3613(b) (emphasis added).

Venditti was released from federal custody on August 22, 2004. *See* Federal Bureau of Prison Inmate Locator, *available at* https://www.bop.gov/inmateloc. Venditti was therefore released from imprisonment after the Court entered judgment against him. Pursuant to title 18 U.S.C. § 3613, Venditti's liability to pay restitution shall terminate 20 years after his release, or August 22, 2024. Venditti's restitution obligation thus remains enforceable.

Apart from his argument regarding the age of the restitution order, Venditti provides little by way of argument that his restitution obligation should be reduced. *See generally* Doc. No. 30. Accordingly, Venditti's motion to release judgment lien is **denied without prejudice**. Doc. No. 30.

So ordered.

Dated at Bridgeport, Connecticut, this 27th day of February 2024.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge